UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                          :
:
　　　　-v-                                                       :   20-CR-199-KMW-5
:
YESENIA RODRIGUEZ,                                                :   ORDER SCHEDULING
:   HEARING
　　　　　　　　Defendant.                                         :
:
------------------------------------------------------------------X

KATHARINE H. PARKER, United States Magistrate Judge:

　　　　It is hereby ORDERED that a hearing in this action to discuss the Defendant's failure to appear for a felony plea allocution is scheduled for **Tuesday, August 2, 2022 at 2:30 p.m.** in Courtroom 5-A, United States Courthouse, 500 Pearl Street, New York, New York.

　　　　SO ORDERED.

Dated: August 2, 2022
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　KATHARINE H. PARKER
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge