UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

        -against-

YESENIA RODRIGUEZ,

                         Defendant.
-----------------------------------------------------------------x

**ORDER**
20 CR 199 (KMW)

KIMBA M. WOOD, District Judge:

Sentencing currently scheduled for February 6, 2023, is adjourned to February 22, 2023, at 10:00 a.m. Defendant's submission is due by February 8, 2023. Government submission is due by February 15, 2023.

    SO ORDERED.

Dated: New York, New York
        February 1, 2023

                                              KIMBA M. WOOD
                                      UNITED STATES DISTRICT JUDGE