UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

        -against                                     **ORDER**
                                                   20 CR 199 (KMW)

YESENIA RODRIGUEZ,

                          Defendant.
------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

      Sentencing is scheduled for September 4, 2024, at 11:30 a.m. Defendant's submission is due to the Court by August 21, 2024. Government submission is due by August 28, 2024.

      SO ORDERED.

Dated: New York, New York
       May 23, 2024

                                              _/s/ Kimba M. Wood_
                                                KIMBA M. WOOD
                                         UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/24