UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

              -against-

YESENIA RODRIGUEZ,

                                 Defendant.
------------------------------------------------------------------x

**ORDER**
20 CR 199 (KMW)

KIMBA M. WOOD, District Judge:

    Sentencing currently scheduled for September 26, 2024, is adjourned to November 13, 2024, at 10:00 a.m. Defendant's submission is due by October 30, 2024. Government submission is due by November 6, 2024.

    SO ORDERED.

Dated: New York, New York
         September 17, 2024

                                                  KIMBA M. WOOD
                                     UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/24