UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

       -against-

YESENIA RODRIGUEZ,

                Defendant.
-------------------------------------------------------------------x

**ORDER**
20 CR 199 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/24

KIMBA M. WOOD, District Judge:

    Sentencing currently scheduled for November 13, 2024, is adjourned to December 11, 2024, at 10:30 a.m. The Government's submission is due by November 25, 2024.

    SO ORDERED.

Dated: New York, New York
       November 6, 2024

                                                 /s/ Kimba M. Wood
                                              KIMBA M. WOOD
                                      UNITED STATES DISTRICT JUDGE